# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NED WARREN III,<br><br>　　　　　　Defendant. | 2:07-CR-169 JCM (GWF) |

# ORDER

Presently before the court is petitioner Ned Warren III's *pro se* motion to terminate supervised release. (Doc. #5).

Petitioner was convicted in the Northern District of Ohio for committing the offense of conspiracy to distribute cocaine. (Doc. #1). On August 6, 2007, this court accepted transfer of jurisdiction from the Northern District of Ohio. (Doc. #2).

Now, petitioner moves to terminate supervised release. (Doc. #5). The court is not inclined to grant this motion without an appropriate response from the government. Therefore, the United States attorney is ordered to file an answer and/or motion in response to the petitioner's motion.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the government file an answer, motion, or other response to petitioner Ned Warren III's motion to terminate supervised release pursuant to 18 U.S.C. § 3583(e)(1) (doc. #5) within fourteen (14) days from the date of this order.

DATED August 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -